# In The United States Court of Federal Claims

RECEIVED
MAR 2 3 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Arthur J. Davidson, Barbara J. Davidson, Virgil D. DeVries, Lois A. DeVries, Wayne Hill,

Kathryn Hill, Robert M. Stalnaker, Patsy Stalnaker, J. Bryce Wynne, and Mary A. Wynne

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Thomas E. Redding

Firm Name: Redding & Associates

Post Office Box:

Street Address: 2914 W.T.C. Jester

City-State-Zip: Houston, Texas

Telephone & Facsimile Numbers: 713-965-9244 713-621-5227

E-mail address:

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 2 1 3

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

AMCOR

Government Agency Involved: T R E

**See attached Sheet for three digit code.**

Amount Claimed: $ 558,588.78

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003